UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANDON LAMONT WASHINGTON,

       Plaintiff,

   -against-          1:20-CV-1550 (LLS)

HON. ERIC SCHNEIDERMAN, ESQ.;   CIVIL JUDGMENT
STATE OF NEW YORK; ANDERA EVANS;
BOARD OF PAROLE,

       Defendants.

  Pursuant to the order issued April 3, 2020, dismissing this action,

  IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims under 42 U.S.C. § 1983 because Plaintiff seeks monetary relief from defendants that are immune from such relief and because he fails to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

  The Court dismisses Plaintiff's claims for *habeas corpus* relief under 28 U.S.C. § 2254 because the Court lacks jurisdiction to consider those claims.

  Because Plaintiff's complaint makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

  IT IS FURTHER ORDERED that chambers mail a copy of this judgment to Plaintiff.

SO ORDERED.

Dated: April 3, 2020
    New York, New York

                    *Louis L. Stanton*
                     Louis L. Stanton
                       U.S.D.J.